UNITED STATES COURTS FOR THE NINTH CIRCUIT

DESIGNATION OF A DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT

*For the Purpose of Presiding Over a Specific Case*

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **Fred Van Sickle**, United States Senior District Judge for the Eastern District of Washington to perform the duties of United States District Judge temporarily for the Western District of Washington for the specific case *Haynes v. The Progress House, et al.*, Case No. 10-cv-05942.

January ___, 2011

_____
Alex Kozinski
Chief Judge

cc:   Hon. Fred Van Sickle
      Hon. Lonny Suko, Chief Judge, Eastern District of Washington
      Hon. Robert Lasnik, Chief Judge, Western District of Washington
      James R. Larsen, Clerk, Eastern District of Washington
      William McCool, Clerk, Western District of Washington