UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

MATTHEW HAYNES,

          Plaintiff,

      v.

THE PROGRESS HOUSE ASSOCIATION,
et al.,

          Defendant.

No. 3:10-CV-05942-FVS

ORDER

**THIS MATTER** having been referred to the undersigned on January 12, 1011; Now, therefore

**IT IS HEREBY ORDERED:**

1.  The Order **(Ct. Rec. 6)** entered by Judge Robert J. Bryan setting forth certain deadlines, disclosures, and due dates is adopted in its entirety.

2.  A telephonic scheduling conference will be held on April 12, 2011 at 11:00 a.m.  The parties shall call the Court's conference line at 509-458-6382.

**IT IS SO ORDERED.**  The District Court Clerk is hereby directed to enter this order and furnish copies to counsel.

**DATED** this 28th day of January, 2011.


          s/ Fred Van Sickle
          Fred Van Sickle
     Senior United States District Judge

ORDER- 1