The Honorable Fred Van Sickle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW HAYNES, Individually,

    Plaintiffs,

vs.

THE PROGRESS HOUSE ASSOCIATION, a Washington non-profit organization, and "JOHN and JANE DOE" (1-10);

    Defendants.

NO. 3:10-cv-5942

**STIPULATION FOR AND ORDER OF DISMISSAL**

[Clerk's Action Required]

## STIPULATION

The above-named parties, acting by and through their undersigned attorneys, herewith stipulate, pursuant to Civil Rule 41(a)(1)(A), that all of plaintiff's claims against defendants The Progress House Association, and John and Jane Doe (1-10), are dismissed with prejudice and without costs to any party.

STIPULATION FOR AND ORDER OF
DISMISSAL – 1



CARNEY
BADLEY
SPELLMAN

701 Fifth Avenue, Suite 3600
Seattle, Washington
98104-7010
T (206) 622-8020
F (206) 467-8215

GEN012 0015 mi07e054w5 2011-09-07

DATED this __13__ day of __September__ 2011.

| CARNEY BADLEY SPELLMAN, P.S. | Thaddeus P Martin & Associates |
|---|---|
| By _____<br>Cindy Flynn, WSBA #25713<br>Of Attorneys for Defendants The Progress House Association, and John and Jane Doe (1-10) | By _____<br>Chad Arceneaux, WSBA #40442<br>Of Attorneys for Plaintiff |

## ORDER OF DISMISSAL

THIS MATTER having been brought on duly and regularly before the undersigned judge of the above-entitled court, the court being fully advised in all matters, does herewith, pursuant to the foregoing stipulation,

**ORDER, ADJUDGE AND DECREE** that the above-entitled action and each and every portion thereof is dismissed with prejudice and without costs to any party.

DONE IN OPEN COURT this __21st__ day of __September__, 2011.

s/ Fred Van Sickle
_____
HONORABLE FRED VAN SICKLE

Presented by:

CARNEY BADLEY SPELLMAN, P.S

By _____
Cindy Flynn, WSBA #25713
Of Attorneys for Defendants The Progress House
Association, and John and Jane Doe (1-10)

STIPULATION FOR AND ORDER OF
DISMISSAL – 2

CARNEY
BADLEY
SPELLMAN

701 Fifth Avenue, Suite 3600
Seattle, Washington
98104-7010
T (206) 622-8020
F (206) 467-8215

GEN012 0015 mi07e054w5 2011-09-07

Approved as to Form; Copy Received;
Notice of Presentation Waived:

By _____
Chad Arceneaux, WSBA #40442
Of Attorneys for Plaintiff

STIPULATION FOR AND ORDER OF
DISMISSAL – 3

CARNEY
BADLEY
SPELLMAN

701 Fifth Avenue, Suite 3600
Seattle, Washington
98104-7010
T (206) 622-8020
F (206) 467-8215

GEN012 0015 mi07e054w5 2011-09-07