1

2

3

4

5

6

7 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
8 AT TACOMA

9

MATTHEW HAYNES, Individually,
10
                Plaintiffs,
11

12     vs.

13 THE PROGRESS HOUSE ASSOCIATION,
a Washington non-profit organization, and
14 "JOHN and JANE DOE" (1-10);

15              Defendants.

16

NO. 3:10-cv-5942

**STIPULATION FOR AND ORDER
OF DISMISSAL**

**[Clerk's Action Required]**

17 **STIPULATION**

18

19     The above-named parties, acting by and through their undersigned attorneys, herewith

20 stipulate, pursuant to Civil Rule 41(a)(1)(A), that all of plaintiff's claims against defendants

21 The Progress House Association, and John and Jane Doe (1-10), are dismissed with

22 prejudice and without costs to any party.

23

24

25

26

STIPULATION FOR AND ORDER OF
DISMISSAL – 1

**CARNEY
BADLEY
SPELLMAN**

701 Fifth Avenue, Suite 3600
Seattle, Washington
98104-7010
T (206) 622-8020
F (206) 467-8215

ORIGINAL

GEN012 0013 mi073ed54w5 2011-09-07

DATED this _13_ day of _September_ 2011.

CARNEY BADLEY SPELLMAN, P.S.          Thaddeus P Martin & Associates

By _____          By _____
   Cindy Flynn, WSBA #25713              Chad Arceneaux, WSBA #40442
   Of Attorneys for Defendants The Progress    Of Attorneys for Plaintiff
   House Association, and John and Jane Doe
   (1-10)

## ORDER OF DISMISSAL

THIS MATTER having been brought on duly and regularly before the undersigned judge of the above-entitled court, the court being fully advised in all matters, does herewith, pursuant to the foregoing stipulation,

**ORDER, ADJUDGE AND DECREE** that the above-entitled action and each and every portion thereof is dismissed with prejudice and without costs to any party.

DONE IN OPEN COURT this _21st_ day of _September_ , 2011.

s/ Fred Van Sickle
_____
HONORABLE FRED VAN SICKLE

Presented by:

CARNEY BADLEY SPELLMAN, P.S

By _____
   Cindy Flynn, WSBA #25713
   Of Attorneys for Defendants The Progress House
   Association, and John and Jane Doe (1-10)

STIPULATION FOR AND ORDER OF
DISMISSAL – 2

CARNEY
BADLEY
SPELLMAN

701 Fifth Avenue, Suite 3600
Seattle, Washington
98104-7010
T (206) 622-8020
F (206) 467-8215

GEN012 0015 mi07e054w5 2011-09-07

1

2

Approved as to Form; Copy Received;
3    Notice of Presentation Waived:

4

5    By_____

6        Chad Arceneaux, WSBA #40442
        Of Attorneys for Plaintiff
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION FOR AND ORDER OF
DISMISSAL – 3

GEN012 0015 mi07e054w5 2011-09-07

CARNEY
BADLEY
SPELLMAN

701 Fifth Avenue, Suite 3600
Seattle, Washington
98104-7010
T (206) 622-8020
F (206) 467-8215